IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-61075 |
| MATTHEW A. FRAME | CHAPTER 13 |
| Debtor. | CHIEF JUDGE RUSS KENDIG |

**APPLICATION FOR COMPENSATION
FOR ATTORNEY FEES AND EXPENSES**

I, Kenneth L. Sheppard, Jr., Counsel for Debtor, hereby applies to this Court for an allowance of attorney fees and expenses in my capacity for the above referenced Debtor. This request for attorney fees and expenses is made pursuant to Administrative Order No. 17-07, FRBP Rule 2016, and the Guidelines for Compensation and Expense Reimbursement of Professionals.

1. Debtor filed his Chapter 13 case on May 16, 2016.
2. Debtor filed a Rights and Responsibilities of Chapter 13 Debtors and their Attorneys on May 19, 2016 (Docket No. 13).
3. Debtor filed a Confirmation Review Summary on June 24, 2016 (Docket No. 27).
4. Debtor has complied with the requirements set forth by Administrative Order No. 17-07.
5. Counsel for Debtor has incurred attorney fees in the amount of $4,995.75 and $487.36, for attorney expenses as described on the attached Invoice (see "Exhibit A").
6. Counsel for Debtor states that no previous application has been made for the services for which this application is being made.

Therefore, Counsel for Debtor requests compensation in the amount of $5,483.11, for attorney fees and expenses.

Respectfully submitted,

/s/ Kenneth L. Sheppard, Jr.
Kenneth L. Sheppard, Jr. (0075887)
Sheppard Law Offices, Co., L.P.A.
Belden Village Tower, Suite 200
4450 Belden Village St. NW
Canton, OH 44718
Phone: (330) 409-2876
Fax: (330) 493-9636
E-Mail: ken@sheppardlawoffices.com
Attorney for Debtor

## NOTICE OF APPLICATION FOR COMPENSATION
## FOR ATTORNEY FEES AND EXPENSES

Kenneth L. Sheppard Jr., Counsel for Debtor, has filed papers with the court requesting compensation for attorney fees and expenses in this case ("Application").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize this Application, or if you want the court to consider your views on the Application, then on or before **November 29, 2018,** you or your attorney must:

File with the court a written request for a hearing at:

Clerk of Courts
U. S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Ave SW
Canton, OH 44702-1745

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Kenneth L. Sheppard Jr., Esq.
Sheppard Law Offices Co., LPA
4450 Belden Village St. NW Suite 200
Canton, OH 44718

Attend the hearing scheduled to be held on **December 12, 2018, at 2:00 p.m.** in the Courtroom of the U.S. Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave. SW, Canton, OH 44702. If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the Application and may enter an order granting that relief.

Date: November 8, 2018

/s/ Kenneth L. Sheppard Jr.
Kenneth L. Sheppard Jr. (0075887)
Attorney for Debtor
4450 Belden Village St. NW Ste. 200
Canton, OH 44718
Phone: (330) 409-2876

## CERTIFICATE OF SERVICE

I, Kenneth L. Sheppard Jr., Attorney for Debtor, hereby certifies that the foregoing Application for Compensation for Attorney Fees and Expenses and Notice were electronically transmitted on or about November 8, 2018, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Edward A. Bailey | bknotice@reimerlaw.com |
| Stephen R. Franks | amps@manleydeas.com |
| Cynthia A. Jeffrey | bknotice@reimerlaw.com |
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com |
| Kenneth L. Sheppard | ken@sheppardlawoffices.com, karen@sheppardlawoffices.com; r48355@notify.bestcase.com; jennifer@sheppardlawoffices.com |
| United States Trustee | (Registered address)@usdoj.gov |

And served by regular U.S. mail to the following parties:

| | |
|---|---|
| Cerastes, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| Matthew A. Frame<br>1301 Spangler St. NE<br>Canton, OH 44714 | |

/s/ Kenneth L. Sheppard Jr.
Kenneth L. Sheppard Jr. (0075887)
Attorney for Debtor